IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| NICOLAS HERNANDEZ | § | BY\_\_\_\_\_ |
| VS. | § | CIVIL ACTION NO. 4:03cv17 |
| COLLIN COUNTY DETENTION CENTER, ET AL. | § | |

*(Filed-Clerk stamp: U.S. District Court, 05 SEP 19 PM 1:57, TEXAS-EASTERN)*

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Plaintiff Nicolas Hernandez, an inmate formerly at the Collin County Detention Facility, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court heretofore referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends the motion to dismiss filed by Correctional Medical Services be stricken.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that the motion to dismiss filed by Correctional Medical Services is hereby **STRICKEN**.

**SIGNED** this 16th day of September, 2005.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE